DAVIS v. CHAPLIN *et al.*

102b 587
105 841

102b 587
s110 322

102 587
Case 2
125 806

COBB, J. This court will not reverse a judgment granting a second new trial on the ground that the verdict is contrary to evidence, when it appears from the record that the evidence in support of the verdict was at best weak and unsatisfactory, and the decided preponderance of the testimony was on the side of the losing party.

*Judgment affirmed. All the Justices concurring.*

Argued June 16,—Decided August 4, 1897.

Equitable petition. Before Judge Falligant. Chatham superior court. December term, 1896.

*Joseph A. Cronk*, for plaintiff. *Charlton, Mackall & Anderson* and *Garrard, Meldrim & Newman*, for defendants.